# United States District Court
## Southern District of Georgia

LARRY GIVENS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-089

TERRY E. BARNARD, Chairman of the Georgia State Board of Pardons and Parole,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated August 8, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Petitioner's petition is hereby dismissed and his motion to proceed in forma pauperis is denied as moot; furthermore, Petitioner is denied a Certificate of Appealability in this case and is not entitled to appeal in forma pauperis. This case stands closed.

| 08/08/2019 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk